# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 27, 2016

### NO. 03-14-00717-CV

**Vivek Goswami, M.D. and Austin Heart, PLLC, Appellants**

**v.**

**Nancy Jo Rodriguez, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the trial court on December 4, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.